UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20169-CR-MARTINEZ

18 U.S.C. § 956(a)
18 U.S.C. § 1201(c)
18 U.S.C. § 1201(a)(1)

/GOODMAN

UNITED STATES OF AMERICA

vs.

CAMILO MONTALVAN CARDOZA,
ALFREDO KINDELAN HERNANDEZ,
JEAN MARRERO LARA,
REINALDO MARRERO LARA,
HUMBERTO VALDES GONZALEZ,
and
JUAN PALMA,

         Defendants.

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning on or about December 31, 2013, the exact date being unknown to the Grand Jury, through on or about March 29, 2014, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**CAMILO MONTALVAN CARDOZA,
ALFREDO KINDELAN HERNANDEZ,
JEAN MARRERO LARA,
REINALDO MARRERO LARA,
HUMBERTO VALDES GONZALEZ,
and
JUAN PALMA,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and

others unknown to the Grand Jury, to commit an act outside the United States that would constitute the offense of kidnapping if committed in the territorial jurisdiction of the United States, that is the defendants conspired with each other and others unknown to the Grand Jury to unlawfully seize, confine, inveigle, decoy, kidnap, and abduct, and carry away, and hold for ransom, any person, that is, "A.M.," in Cancun, Mexico, in violation of Title 18, United States Code, Section 1201(a)(1); all in violation of Title 18, United States Code, Section 956(a)(1).

## OBJECT OF THE CONSPIRACY

It was the purpose and object of the conspiracy for the defendants and their co-conspirators to unlawfully enrich themselves by seizing, confining, inveigling, kidnapping, abducting, carrying away, and holding A.M. until A.M.'s father paid money for A.M.'s release.

## OVERT ACTS

In furtherance of the conspiracy, and to accomplish its purpose, at least one of the defendants committed and caused to be committed, in the Southern District of Florida and elsewhere, at least one of the following overt acts, among others:

1. On or about December 31, 2013, **REINALDO MARRERO LARA** flew from Fort Lauderdale International Airport, in the Southern District of Florida, to Cancun, Mexico.

2. On or about January 26, 2014, **HUMBERTO VALDES GONZALEZ** flew from Miami International Airport, in the Southern District of Florida, to Cancun, Mexico.

3. On or about January 30, 2014, **ALFREDO KINDELAN HERNANDEZ** flew from Miami International Airport, in the Southern District of Florida, to Cancun, Mexico.

4. On or about March 19, 2014, **ALFREDO KINDELAN HERNANDEZ** rented a white Chrysler Town and Country van, license plate number 1223-TPC, from Payless Rental Car Company in Cancun, Mexico.

5. On or about March 25, 2014, **CAMILO MONTALVAN CARDOZA** and three

other men abducted A.M. in Cancun, Mexico.

6. On or about March 25, 2014, **JUAN PALMA** purchased a cellular telephone assigned phone number (305) 336-4732 in Miami-Dade County, in the Southern District of Florida.

All in violation of Title 18, United States Code, Sections 956(a)(1).

## COUNT 2

Beginning on or about December 31, 2013, the exact date being unknown to the Grand Jury, through on or about March 29, 2014, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**CAMILO MONTALVAN CARDOZA,
ALFREDO KINDELAN HERNANDEZ,
JEAN MARRERO LARA,
REINALDO MARRERO LARA,
HUMBERTO VALDES GONZALEZ,
and
JUAN PALMA,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and others unknown to the Grand Jury to unlawfully seize, confine, inveigle, decoy, kidnap, and abduct, and carry away, and hold for ransom and reward, any person, that is, "A.M.," and did travel in interstate or foreign commerce, and did use any means, facility, or instrumentality of interstate or foreign commerce, that is, cellular telephones, in committing and in furtherance of the commission of the offense, in violation of Title 18, United States Code, Section 1201(a)(1).

## OBJECT OF THE CONSPIRACY

It was the purpose and object of the conspiracy for the defendants and their co-conspirators to unlawfully enrich themselves by seizing, confining, inveigling, kidnapping, abducting, carrying away, and holding A.M. until A.M.'s father paid money for A.M.'s release.

## OVERT ACTS

In furtherance of the conspiracy, and to accomplish its purpose, at least one of the defendants committed and caused to be committed, in the Southern District of Florida and elsewhere, at least one of the following overt acts, among others:

1. On or about December 31, 2013, **REINALDO MARRERO LARA** flew from Fort Lauderdale International Airport, in the Southern District of Florida, to Cancun, Mexico.

2. On or about January 26, 2014, **HUMBERTO VALDES GONZALEZ** flew from Miami International Airport, in the Southern District of Florida, to Cancun, Mexico.

3. On or about January 30, 2014, **ALFREDO KINDELAN HERNANDEZ** flew from Miami International Airport, in the Southern District of Florida, to Cancun, Mexico.

4. On or about March 19, 2014, **ALFREDO KINDELAN HERNANDEZ** rented a white Chrysler Town and Country van, license plate number 1223-TPC, from Payless Rental Car Company in Cancun, Mexico.

5. On or about March 25, 2014, **CAMILO MONTALVAN CARDOZA** and three other men abducted A.M. in Cancun, Mexico.

6. On or about March 25, 2014, **JUAN PALMA** purchased a cellular telephone assigned phone number (305) 336-4732 in Miami-Dade County, in the Southern District of Florida.

All in violation of Title 18, United States Code, Sections 1201(c).

## COUNT 3

Beginning on or about March 25, 2014, through on or about March 26, 2014, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

4

**CAMILO MONTALVAN CARDOZA,
ALFREDO KINDELAN HERNANDEZ,
JEAN MARRERO LARA,
REINALDO MARRERO LARA,
HUMBERTO VALDES GONZALEZ,
and
JUAN PALMA,**

did unlawfully seize, confine, inveigle, decoy, kidnap, and abduct, and carry away, and hold for ransom, any person, that is, "A.M.," and did travel in interstate or foreign commerce, and did use any means, facility, or instrumentality of interstate or foreign commerce, that is, cellular telephones, in committing and in furtherance of the commission of the offense, in violation of Title 18, United States Code, Section 1201(a)(1) and 2.

## FORFEITURE ALLEGATION

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **CAMILO MONTALVAN CARDOZA, ALFREDO KINDELAN HERNANDEZ, JEAN MARRERO LARA, REINALDO MARERRO LARA, HUMBERTO VALDES GONZALEZ, and JUAN PALMA** have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Sections 1201(c) or 1201(a), as alleged in this Indictment, the defendants shall forfeit to the United States all of their respective right, title and interest in any property, real or personal, which constitutes, or is derived from, any proceeds traceable to such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C), as made applicable by Title 28, United States Code, Section 2461(c).

All pursuant to Title 28, United States Code, Section 2461(c), Title 18, United States Code, Section 981(a)(1)(C), and the procedures of Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
BRIAN DOBBINS
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| CAMILO MONTALVAN CARDOZA, ET AL., | |
| **Defendants.** _____ / | **Superseding Case Information:** |

**Court Division**: (Select One)

　_X_ Miami　___ Key West　　　New Defendant(s)　　　Yes ___　No ___
　___ FTL　　___ WPB　___ FTP　Number of New Defendants ___
　　　　　　　　　　　　　　　　Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the information, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:　(Yes or No)　_Yes_

   List language and/or dialect　_Spanish_

4. This case will take　_14_　days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)　　　　　　　　　　　　　　　(Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | X | Petty | |
   | II | 6 to 10 days | ___ | Minor | |
   | III | 11 to 20 days | ___ | Misdem. | |
   | IV | 21 to 60 days | ___ | Felony | X |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court?　(Yes or No)　_No_
   If yes:
   Judge: _____　Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?　(Yes or No)　_No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____

   Is this a potential death penalty case? (Yes or No)　_No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes　_X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes　_X_ No

　　　　　　　　　　　　　　　　　　　_/s/ Brian Dobbins_
　　　　　　　　　　　　　　　　　　　BRIAN DOBBINS
　　　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　　　　COURT ID NO. A5501182

*Penalty Sheet(s) attached　　　　　　　　　　　　　　　　　　　　　　REV.9/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** CAMILO MONATALVAN CARDOZA

**Case No:**

**Count 1:**

Conspiracy to kidnap a person in a foreign country

Title 18, United States Code, Section 956(a)

\* **Max. Penalty:** Life imprisonment

**Count 2:**

Conspiracy to commit kidnapping

Title 18, United States Code, Section 1201(c)

\***Max. Penalty:** Life imprisonment

**Count 3:**

Kidnapping

Title 18, United States Code, Section 1201(a)(1) and 2

\***Max. Penalty:** Life imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** ALFREDO KINDELAN HERNANDEZ

**Case No:**

**Count 1:**

Conspiracy to kidnap a person in a foreign country

Title 18, United States Code, Section 956(a)

\* **Max. Penalty**: Life imprisonment

**Count 2:**

Conspiracy to commit kidnapping

Title 18, United States Code, Section 1201(c)

\***Max. Penalty:** Life imprisonment

**Count 3:**

Kidnapping

Title 18, United States Code, Section 1201(a)(1) and 2

\***Max. Penalty:** Life imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** JEAN MARRERO LARA

**Case No:** _____

**Count 1:**

Conspiracy to kidnap a person in a foreign country

Title 18, United States Code, Section 956(a)

\* **Max. Penalty**: Life imprisonment

**Count 2:**

Conspiracy to commit kidnapping

Title 18, United States Code, Section 1201(c)

\***Max. Penalty:** Life imprisonment

**Count 3:**

Kidnapping

Title 18, United States Code, Section 1201(a)(1) and 2

\***Max. Penalty:** Life imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   REINALDO MARRERO LARA

**Case No:**

**Count 1:**

Conspiracy to kidnap a person in a foreign country

Title 18, United States Code, Section 956(a)

**\* Max. Penalty**: Life imprisonment

**Count 2:**

Conspiracy to commit kidnapping

Title 18, United States Code, Section 1201(c)

**\*Max. Penalty:** Life imprisonment

**Count 3:**

Kidnapping

Title 18, United States Code, Section 1201(a)(1) and 2

**\*Max. Penalty:** Life imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** HUMBERTO VALDES GONZALEZ

**Case No:**

**Count 1:**

Conspiracy to kidnap a person in a foreign country

Title 18, United States Code, Section 956(a)

\* **Max. Penalty:** Life imprisonment

**Count 2:**

Conspiracy to commit kidnapping

Title 18, United States Code, Section 1201(c)

\***Max. Penalty:** Life imprisonment

**Count 3:**

Kidnapping

Title 18, United States Code, Section 1201(a)(1) and 2

\***Max. Penalty:** Life imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   JUAN PALMA

**Case No:**

**Count 1:**

Conspiracy to kidnap a person in a foreign country

Title 18, United States Code, Section 956(a)

\* **Max. Penalty**: Life imprisonment

**Count 2:**

Conspiracy to commit kidnapping

Title 18, United States Code, Section 1201(c)

\***Max. Penalty:** Life imprisonment

**Count 3:**

Kidnapping

Title 18, United States Code, Section 1201(a)(1) and 2

\***Max. Penalty:** Life imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable